**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JORGE MARTINS,<br><br>Plaintiff,<br><br>VS.<br><br>THE SHERWIN-WILLIAMS COMPANY, d/b/a KRYLON PRODUCTS GROUP, and ANIXTER INC.,<br><br>Defendants. | Case No.: 2:22-CV-03520-BMC |

NOTICE OF MOTION AND MOTION FOR WITHDRAWAL

PLEASE TAKE NOTICE THAT, pursuant to Rule 1.4 of the Local Civil Rules of the United States District Court for the Eastern District of New York, attorney Erin N. Baldwin moves to withdraw as counsel of record for The Sherwin-Williams Company and Anixter, Inc. ("Defendants") as she is leaving the law firm of Benesch, Friedlander, Coplan & Aronoff, LLP. The remaining undersigned counsel from the same law firm remains as counsel for Defendants in this matter.

WHEREFORE, Erin N. Baldwin respectfully requests that the Court enter an order granting her withdrawal as counsel of record in this action.

Dated: September 8, 2022

Respectfully submitted,

*/s/ Erin N. Baldwin*

Nicholas J. Secco
BENESCH, FRIEDLANDER, COPLAN &
ARONOFF LLP
71 South Wacker Drive
Suite 1600
Chicago, IL 60606
Phone:      (312) 212-4949
Facsimile: (312) 767-9192
E-mail:      nsecco@beneschlaw.com

Erin N. Baldwin
BENESCH, FRIEDLANDER, COPLAN &
ARONOFF LLP
41 South High Street, Suite 2600
Columbus, OH 43215
Phone:      (614) 223-9300
Facsimile: (614) 223-9330
E-mail:      enbaldwin@beneschlaw.com

Gregory T. Frohman (*Pro Hac Vice*)
BENESCH,   FRIEDLANDER,   COPLAN   &
ARONOFF LLP
200 Public Square, Suite 2300
Cleveland, Ohio 44114
Phone:      (216) 363-4500
Facsimile: (216) 363-4588
E-mail:      gfrohman@beneschlaw.com

*Attorneys for Defendants The Sherwin-Williams Company and Anixter, Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JORGE MARTINS,<br><br>Plaintiff,<br><br>VS.<br><br>THE SHERWIN-WILLIAMS COMPANY, d/b/a KRYLON PRODUCTS GROUP, and ANIXTER INC.,<br><br>Defendants. | Case No.: 2:22-CV-03520-BMC |

**DECLARATION OF ERIN N. BALDWIN IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL**

I, Erin N. Baldwin, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am an associate with the law firm of Benesch, Friedlander, Coplan & Aronoff LLP. I submit this declaration in support of the motion, pursuant to Rule 1.4 of the Local Civil Rules of the Eastern District of New York, to withdraw as counsel of record for The Sherwin-Williams Company and Anixter, Inc ("Defendants").
2. The reason for my withdrawal is that I am leaving Benesch, Friedlander, Coplan & Aronoff LLP. Benesch, Freidlander, Coplan & Aronoff LLP will continue to represent Defendants.
3. My withdrawal will not cause undue delay or result in any prejudice.
4. I am not asserting a retaining or charging lien.
5. I declare under penalty or perjury that the foregoing is true and correct.

Respectfully submitted,

*/s/ Erin N. Baldwin*

                          Erin N. Baldwin
                          BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
                          41 South High Street, Suite 2600
                          Columbus, OH 43215
                          Phone:    (614) 223-9300
                          Facsimile: (614) 223-9330
                          E-mail:    enbaldwin@beneschlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2022, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Eastern District's Local Rules, and/or the Eastern District's Rules on Electronic Service upon the following parties and participants:

Irwin Jay Weinstein
Burns & Harris, Esq.
223 Broadway, Suite 900
New York, New York 10279
Telephone: 212-393-1000
jweinstein@wcmplaw.com

*/s/ Erin N. Baldwin*

Erin N. Baldwin
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
41 South High Street, Suite 2600
Columbus, OH 43215
Phone: (614) 223-9300
Facsimile: (614) 223-9330
E-mail: enbaldwin@beneschlaw.com

*Attorney for Defendants The Sherwin-Williams Company and Anixter, Inc.*