UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------- X
JORGE MARTINS,

        Plaintiff,                                   JUDGMENT
                                                                      22-cv-3520 (BMC)
     v.

THE SHERWIN-WILLIAMS COMPANY, d/b/a
KRYLON PRODUCTS GROUP, and ANIXTER INC.,

        Defendants.
----------------------------------------------------------- X

        A Memorandum, Decision, and Order of the Honorable Brian M. Cogan, United States District Judge, having been filed on February 20, 2024, granting Defendants' motion for summary judgment; dismissing the complaint; it is

        ORDERED and ADJUDGED that Defendants' motion for summary judgment is granted; and that the complaint is dismissed.

Dated: Brooklyn, NY                                                            Brenna B. Mahoney
       February 21, 2024                                                 Clerk of Court

                                                                                By: */s/Jalitza Poveda*
                                                                                    Deputy Clerk